**Electronically Filed
Intermediate Court of Appeals
29037
05-DEC-2011
09:37 AM**

NO. 29037

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEL MONTE FRESH PRODUCE (HAWAII), INC.;
EDWARD C. LITTLETON; STACIE SASAGAWA; TIM HO;
DIXON SUZUKI, and DEL MONTE FRESH PRODUCE COMPANY,
Appellants-Appellants,
v.
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,
LOCAL 142, AFL-CIO, (2006-074),
Union/Appellee-Appellee,
and
HAWAII LABOR RELATIONS BOARD,
Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-0708)

ORDER DENYING APPELLANTS-APPELLANTS' MOTION
FOR RECONSIDERATION OF THE SUMMARY
DISPOSITION ORDER, FILED NOVEMBER 21, 2011
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Appellants-Appellants'
December 1, 2011, "Motion for Reconsideration of the Summary
Disposition Order, Filed November 21, 2011" in this court, the

memorandum and declaration in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, December 5, 2011.

On the motion:
Christopher S. Yeh
(Marr Jones & Wang)
for Appellants-Appellants.

Chief Judge

Associate Judge

Associate Judge

2